IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3094 |
| vs. | ORDER |
| ANGELA S. COLGAN, | |
| Defendant. | |

Defense counsel has explained that the discovery is voluminous, additional time is needed to review that discovery, and an expert may be needed to interpret the documentation and provide testimony at trial. Defendant moves to continue the pretrial motion deadline. The government does not oppose the motion.

IT IS ORDERED:

1) The defendant's unopposed motion to continue the pretrial motion deadline, (Filing No. 15), is granted. The pretrial motion deadline is continued pending further order of the court.

2) A status conference will be at 9:00 a.m. on December 9, 2015 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant, defense counsel, and counsel for the government shall attend the conference.

3) The Court further finds that the time between today's date and December 9, 2015 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is "unusual and complex," and in the interest of justice, must be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii)i.

December 9, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge