IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ANGELA S. COLGAN,<br><br>                    Defendant. | 4:15CR3094<br><br>**ORDER** |

    Based on the representations of defendant's counsel, additional time is needed to review this case before deciding whether to proceed to trial or to enter a plea. The defendant agreed. The court finds that with the addition of new charges, the defendant needs additional time to prepare for trial, and the time between today and an additional status conference should be excluded from the time limitations of the Speedy Trial Act so that the case can be fairly and justly resolved.

    Accordingly,

    IT IS ORDERED:

1) Trial is continued to 9:00 a.m. on October 3, 2016 before Senior Judge Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2) Pretrial motions and briefs shall be filed on or before August 16, 2016.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and

    a. The time between today's date and October 3, 2016 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial, failing to grant additional time might result in a miscarriage of justice, and this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(1), (h)(7) & (h)(7)(B)(ii).

    b. Failing to timely file an objection to this order as provided in the local rules of this court will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

July 14, 2016.                                      BY THE COURT:
                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge