IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:15CR3094 |
| V. | ) ) | |
| ANGELA S. COLGAN, | ) ) | ORDER |
| Defendant. | ) ) ) | |

After a hearing at which counsel for the government and counsel for the defendant appeared, I conclude that the government has shown by the greater weight of the evidence that the defendant has conveyed roughly 15.87 acres of real estate fraudulently and in an effort to prefer private creditors over the United States and has further used or threatens to use the proceeds of such conveyance to pay down private debt to avoid satisfying a potential restitution order in this criminal case. Therefore,

IT IS ORDERED that any former or present creditor of Angela S. Colgan or any other person or entity that has, or should have reason to believe, that it is in possession of all or a portion of the proceeds of sale of a part of lot 23 NW located in Section 20, Township 7, Range 7, East of the Sixth P.M., in Lancaster County, Nebraska shall sequester and hold such funds separate and apart from all other funds until further order of this court. No such creditor, person or entity shall encumber, apply or otherwise use or transfer such funds until further order of the court. The restraining order previously entered against the defendant remains in full force and effect.

DATED this 5th day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge