IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ANGELA S. COLGAN,<br><br>                Defendant. | 4:15CR3094<br><br>ORDER |

IT IS ORDERED:

1) The government's Motion for Leave to File Amended Notice of Expert Witness, (Filing No. 66), is granted. Filing No. 66-1 hereby amends and supplements the government's prior Notice of Expert Witness, (Filing No. 34).

2) The government's Motion for Leave to File Notice of Expert Witnesses Out of Time, (Filing No. 67), is granted, and its Second Notice of Expert Testimony, (Filing No. 67-1), is deemed timely filed.

3) This criminal case has been pending for over a year. The court intends to promptly address Defendant's motion for bill of particulars, (Filing No. 54), and her motions to dismiss, (Filing Nos. 56, 58, and 62). So absent a ruling that the charges against Defendant must be dismissed, this case will be tried as previously set on October 3, 2016. **No extensions of the trial date will be granted absent a substantial showing of good cause**.

August 30, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge