IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:15CR3094 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| ANGELA S. COLGAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Defendant's motion to exclude expert testimony or conduct a Daubert hearing (filing no. 60) is denied in all respects.

DATED this 16th day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge