IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:15CR3094 |
| v. | ) | |
| ANGELA S. COLGAN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the Clerk of Court is directed to accept from the defendant $241,362.38 in cash and hold such amount separate and apart from all other funds until further order of this court.

DATED this 13th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge